# PD-1271-15

NO. 13-14-00609-CR

FILED IN
COURT OF CRIMINAL APPEALS
NOV 13 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 13 2015
Abel Acosta, Clerk

Orlando Robles
PETITIONER
§
§
§

VS.
§
§
§
§
§

THE STATE OF TEXAS,
RESPONDENT
§

IN THE TEXAS COURT

OF

CRIMINAL APPEALS

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Orlando Robles , Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

### I.

The Petitioner was convicted in the 28th District Court of Nueces County, Texas of the offense of Sexual Assault in Cause No. 13CR4124A, styled The State of Texas vs. Orlando Robles The Petitioner appealed to the Court of Appeals, Thirteenth Supreme Judicial District, Appeal No. 13-14-00609CR . The case was affirmed on 31st day of August 2015

### II.

The present deadline for filing the Petition for Discretionary Review is November 30 2015 The Petitioner has not requested any extension prior to this request.

### III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until September 2, 2015 Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Andrew Loveall , has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 13-14-00609CR to January 30, 2016

Respectfully submitted,

*Orlando Rell*

Petitioner Pro Se
TDCJ # 01990846
Texas Department of Criminal Justice